UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                              )
**MARY A. CARLSON**                     )  Case No. __12-38705-PCM__
**MICHAEL A. CARLSON**                )
                                                   )            **CHAPTER 13**
                                                   )  **CREDITOR CHANGE OF ADDRESS**
Debtor(s)                                       )

---

**Note to Debtors:** If you wish to add a new creditor to this case, you must file LBF #728 and pay the required filing fee.  If you submit a creditor address different from the one listed on the most recent proof of claim by that creditor, the court will send any notices to the creditor at both addresses.

---

**Creditor Name:** **SALLIE MAE INC. on behalf of ECMC**

| **Old Address:** | **New Address:** |
|---|---|
| **SALLIE MAE INC. on behalf of ECMC**<br>**LOCKBOX 8682**<br>**PO BOX 75848**<br>**ST. PAUL, MN 55175-0848** | **ECMC**<br>**LOCKBOX 8682**<br>**PO BOX 16408**<br>**ST. PAUL, MN 55116-0408** |

**Creditor Phone Number:** **651-221-0566**

**If you are a creditor who has already filed a claim:** Please enter the claim number and check  the appropriate box. You need <u>not</u> file an amended claim to update <u>only</u> an address.

**Claim No.** **9**

**Please use the new address for:** ☐ **Notices only** ☒ **Payments only** ☐ **Notices and Payments**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date: **03/23/15**          **/s/ Vang, Ashley**
                              Signature (Required)
                              **Ashley Vang**
                              Type/ Print Signer's Name                    OSB # (if attorney)
                              **651-221-0566  EXT 5222  Bankruptcy Processor**
                              Signer's Phone # and Relation to Case

***Further Information About Address Changes***
Address changes for debtors must be filed on LBF #101D.  Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

***Further Information About Adding A New Party or Creditor to a Case [also see above Note to Debtors]***
An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.

101C (2/19/13)