UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
**MARY A. CARLSON** ) Case No. **12-38705-PCM**
**MICHAEL A. CARLSON** )
) **CHAPTER 13**
) **CREDITOR CHANGE OF ADDRESS**
Debtor(s) )

**Note to Debtors:** If you wish to add a new creditor to this case, you must file LBF #728 and pay the required filing fee. If you submit a creditor address different from the one listed on the most recent proof of claim by that creditor, the court will send any notices to the creditor at both addresses.

**Creditor Name:** SALLIE MAE INC. on behalf of ECMC

| Old Address: | New Address: |
|---|---|
| SALLIE MAE INC. on behalf of ECMC<br>PO BOX 75906<br>ST. PAUL, MN 55175 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |

**Creditor Phone Number:** 651-221-0566

**If you are a creditor who has already filed a claim:** Please enter the claim number and check the appropriate box. You need <u>not</u> file an amended claim to update <u>only</u> an address.

**Claim No.** 9

**Please use the new address for:** ☒ **Notices only**   ☐ **Payments only**   ☐ **Notices <u>and</u> Payments**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date: 03/23/15      /s/ Vang, Ashley
                    Signature (Required)
                    Ashley Vang
                    Type/ Print Signer's Name                      OSB # (if attorney)
                    651-221-0566  EXT 5222  Bankruptcy Processor
                    Signer's Phone # and Relation to Case

*Further Information About Address Changes*
Address changes for debtors must be filed on LBF #101D. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

*Further Information About Adding A New Party or Creditor to a Case [also see above Note to Debtors]*
An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.

101C (2/19/13)